UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM,

      Plaintiff,                         Case No. 1:16-cv-394

v.

                                      HON. ROBERT HOLMES BELL

JAMES SCHIEBNER et al.,

      Defendants.
                              /

## ORDER

On December 20, 2016, Magistrate Judge Ray Kent issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motion for a temporary restraining order. (ECF No. 79.) The R&R instructed Plaintiff to file any objections within fourteen days. More than fourteen days have passed and no objections have been filed. The Court has reviewed the R&R and agrees the analysis and recommended disposition of Plaintiff's motion. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 79) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a temporary restraining order (ECF No. 19) is **DENIED**.

Dated: January 19, 2017                            /s/ Robert Holmes Bell
                                                             ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE